PROB 12
(Rev. 10/93)

# United States District Court

for the

### Eastern District of Pennsylvania

August 7, 2026

U.S.A. vs. Josean Reyes-Pagan                              Case No. 24-307-01

### AMENDED VIOLATION OF SUPERVISED RELEASE

COMES NOW Jason W. Fury, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Josean Reyes-Pagan who was placed on supervised release by The Honorable Daniel R. Dominguez sitting in the District of Puerto Rico, on the 22nd day of January 2014 who fixed the period of supervision at eight (8) years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

ORIGINAL OFFENSE:            Conspiracy to possess with intent to distribute at least 500 grams, but less than two kilograms grams of cocaine, within 1,000 feet of a protected location (Count One).

ORIGINAL SENTENCE:           The defendant was committed to the custody of the U.S. Bureau of Prisons for a term of 78 months, to be followed by an eight-year term of supervised release. A $100 special assessment was also imposed, due immediately.

SPECIAL CONDITIONS:          1) The defendant shall refrain from the unlawful use of controlled substances and submit to a drug test within 15 days of release from imprisonment; after his release, the defendant shall submit to random drug testing, not to exceed 104 samples per year in accordance with the Drug Aftercare Program Policy of the United States Probation Office approved by this Court. If any sample detects substance abuse, he shall participate in a drug treatment program, as an in-patient or out-patient, in accordance with that policy. The defendant is required to contribute to the cost of services rendered by means of co-payment, based on his availability to pay or the availability of third party payments, as approved by the Court; 2) The defendant shall provide the U.S. Probation Officer with access to any financial information upon request; 3) The defendant shall participate in a mental health program for evaluation and/or treatment purposes, including medication if necessary, as arranged by the U.S. Probation Officer until duly discharged by authorized program personnel with the approval of the U.S. Probation Officer; 3) The defendant shall submit his person, property, house, residence, vehicle, papers, computers, other electronic communications or date storage devices or media, or office, to a search conducted by a United States Probation



**George Wylesol, Clerk of Court**
**U.S. District Court, Eastern District of PA**

RE: Reyes-Pagan, Josean
Case No. 24-307-01

|  | Officer, at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband, or evidence of a violation of a condition of release. Failure to submit to a search may be grounds for revocation of release; Defendant shall warn any other resident that the premises may be subject to searches pursuant to this condition; and 4) The defendant shall cooperate in the collection of a DNA sample as directed by the U.S. Probation Officer. |

<u>SUPERVISION COMMENCED:</u>  Supervision commenced June 7, 2023, following release from a state sentence. Supervision was transferred to the Eastern District of Pennsylvania effective September 18, 2023.

<u>TRANSFER OF JURISDICTION:</u>  On August 29, 2024, jurisdiction of this case was transferred from the District of Puerto Rico to The Honorable Paul S. Diamond in the Eastern District of Pennsylvania under Case No. 24-307-01.

<u>SUPERVISION TERMINATES:</u>  June 6, 2031

The above probation officer has reason to believe that the supervised releasee has violated the terms and conditions of their supervision under such circumstances as may warrant revocation. This condition is:

A.  <u>Standard Condition:</u> While on supervised release you shall not commit another federal, state, or local crime.

According to a criminal complaint and affidavit of probable cause filed by the Lancaster City Bureau of Police, on December 13, 2023, the defendant participated in the sale of $40 in crack cocaine to an undercover officer in Lancaster, Pennsylvania.

The defendant is charged with felony delivery of a controlled substance and felony delivery of a controlled substance – conspiracy in Lancaster, Pennsylvania. On December 3, 2024, Mr. Reyes-Pagan pleaded guilty to possession with the intent to deliver a controlled substance and conspiracy. He was sentenced to 5 months to 23 months in prison to be followed by a one-year probation.

**GRADE OF VIOLATION**                                                                 <u>**A**</u>

RE: Reyes-Pagan, Josean
Case No. 24-307-01


PRAYING THAT THE COURT WILL ORDER... **THIS PETITION BE AMENDED TO THE AMENDED VIOLATION OF SUPERVISED RELEASE PETITION SIGNED BY THE COURT ON SEPTEMBER 16, 2024. A WARRANT BE ISSUED AND LODGED AS A DETAINER FOR THE NAMED SUPERVISED RELEASEE TO BE BROUGHT BEFORE THE COURT FOR A REVOCATION HEARING.**

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully,

*James E. Dirzulaitis*

James E. Dirzulaitis
Supervising U.S. Probation Officer
Place:   Reading, PA
Date:   August 7, 2026


LER

cc: Assistant U.S. Attorney
     Defense Attorney
     U.S. Marshal's – Warrant Squad


ORDER OF THE COURT Considered and ordered this  10th  day of August  2026 and ordered filed and made part of the records in the above case.


s/PAUL S. DIAMOND, J.
_____
U.S. District Court Judge

# INFORMATION SHEET FOR REVOCATION OF SUPERVISION

| | | |
|---|---|---|
| **United States of America** | ) | Case No. 24-307-01 |
| vs. | ) | |
| **Josean Reyes-Pagan** | ) | |

Defendant's last known Address and
Telephone Number:

722 ¹/₂ Union Street
Lancaster, PA 17603
717-581-2982

Defendant is in custody at:

SCI Forest
286 Woodland Drive
Marienville, PA 16239
Inmate No. NE3055

Defendant's last known Counsel, Address
and Telephone Number:

Carlos E. Beck, Esquire
Villa Caparra
A-48 Calle 19
Guaynabo, PR 00966
787-528-0576
cbecker@gmail.com
*Designation: CJA Appointment*

Assistant U.S. Attorney:

G.Andrew Massucco-La Taif, Esquire
Myriam Y. Fernandez, Esquire
U.S. Attorney's Office
Torre Chardon Ave.
San Juan, P.R. 00918
787-766-5656
787-771-4043
george.a.massucco@usdoj.gov
myriam.y.fernandez@usdoj.gov

*James E. Dirzulaitis*
*for*    Liz E. Reyes
U.S. Probation Officer
Telephone No. 610-320-5272